# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY ALLEN RUSSELL, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-20-0671-HE |
| ) | |
| BOWRAINALD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Jeremy Allen Russell, a state prisoner appearing *pro se*, filed this § 1983 action alleging various constitutional violations. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Suzanne Mitchell. After conducting an initial review of the complaint, Judge Mitchell ordered plaintiff three times to cure deficiencies in his motion to proceed *in forma pauperis*. Plaintiff never responded to the orders. Judge Mitchell has issued a Report and Recommendation recommending that his motion to proceed IFP and all outstanding motions be denied and this action be dismissed.

The Report advised plaintiff of his right to object to the Report by October 19, 2020. Plaintiff has failed to object to the Report thereby waiving his right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #29]. Plaintiff's motions are dismissed [Doc. Nos. 2, 9, 10, 12, 13, 16 – 20, 24, and 26 – 28] and the claims are **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 9th day of November, 2020.

                                           JOE HEATON
                                           UNITED STATES DISTRICT JUDGE